# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 00-3625

———————

Charles Armstrong,

   Appellant,

  v.

Johnathan Ford; Nathaniel Murdock;
Midland Manors,

   Appellees.

\*   Appeal from the United States
\*   District Court for the Eastern
\*   District of Missouri.
\*
\*     (UNPUBLISHED)
\*

———————

Submitted: December 22, 2000

Filed: January 5, 2001

———————

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit
  Judges.

———————

PER CURIAM.

  Charles Armstrong appeals the district court's[1] order dismissing his pro se civil rights complaint against private-party defendants. After careful review of the record, we conclude that Mr. Armstrong's complaint was frivolous and failed to state a claim. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii); Fed. R. Civ. P. 8(a)(2), (e)(1); Bray v.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

Alexandria Women's Health Clinic, 506 U.S. 263, 267-68 (1993); West v. Atkins, 487 U.S. 42, 48 (1988); Johnson v. Outboard Marine Corp., 172 F.3d 531, 536 (8th Cir. 1999).  Accordingly, we affirm.  See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.